IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**SHONDA DELANEY**                                                                                    **PLAINTIFF**

vs.                                                        CIVIL ACTION No.: 3:20-CV-436-HTW-RHWR

**KILOLO KIJAKAZI,**
*Acting Commissioner of Social*
*Security Administration*                                                                      **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE THIS COURT is the Report and Recommendation of the United States Magistrate Judge **[Docket no. 21]** issued by Magistrate Judge Robert H. Walker. In his Report and Recommendation, filed on November 10, 2021, Magistrate Judge Walker recommended that Acting Commissioner Kilolo Kijakazi's *Motion to Affirm the Commissioner's Decision* [Docket no. 18] be granted. Magistrate Judge Walker directed the parties to file any objections to his recommendation within fourteen (14) days. To date, no objection has been filed.

Based upon the findings and recommendation contained in the Report and Recommendation **[Docket no. 21]**, this court finds it well-taken. Magistrate Judge Walker carefully considered the submissions of the parties, the record, and relevant law, and crafted a well-versed Report and Recommendation. Therefore, this court hereby ADOPTS the Report and Recommendation of the Magistrate Judge as the order of this court.

IT IS THEREFORE ORDERED THAT the Motion to Confirm the Commissioner's Decision [Docket no. 18] hereby is GRANTED.

This order, commensurately, hereby **DISMISSES** Plaintiff's Complaint [Docket no. 1] **WITH PREJUDICE** with each party to bear its own costs.

**SO ORDERED this the 22nd day of December, 2021.**

                                                   **/s/HENRY T. WINGATE**
                                                   **UNITED STATES DISTRICT COURT JUDGE**